UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 25, 2011

MEMO TO COUNSEL RE: U.S. Foodservice, Inc. v. Truck Drivers & Helpers Local Union No. 355
Civil No. JFM-09-266

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for an award of prejudgment interest.

The motion is denied. Plaintiff's argument is not without some appeal. However, I find the opinions in such cases as *Airco Indus. Gases, Inc., Div. of the BOC Group, Inc., v. Teamsters Health & Welfare Pension Fund*, 850 F.2d 1028 (3rd Cir. 1988) and *Whitworth Bros. Storage Co. v. Central States, SE & SW Areas Pension Fund*, 982 F.2d 1006 (6th Cir. 1993), persuasive. I also note that no appellate court has yet adopted the position advocated by plaintiff. Under these circumstances I have concluded that although the Fourth Circuit has not yet ruled upon the issue presented by plaintiff's motion, I should follow the rule that unanimously prevails in other circuits.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge